# DOAR RIECK KALEY & MACK

### ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
JOHN F. KALEY
WALTER MACK

———

OF COUNSEL
JOHN JACOB RIECK, JR.
JAMES I. WASSERMAN
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

———

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

February 9, 2020

**By ECF Filing**
Hon. William H. Pauley
United States District Judge
500 Pearl Street
New York, NY 10007-1312

Re:  <u>United States v. Kevin Epps, 18 Cr. 473 (WHP)</u>

Dear Judge Pauley:

I represent Kevin Epps in the above-referenced matter.  I am advised that there presently is a VOSR conference scheduled for Tuesday, February 11, 2020.  I write with the consent of the Government to request that the matter be adjourned to Friday, February 28, 2020, which we understand may be an available date on the Court's calendar.

The reason for this request is that on Monday, February 10, 2020, I will be engaged in a trial in *United States v. Isen*, 17 Cr. 372 before Judge Seybert in the Eastern District of New York.  The jury (which already has been selected) has been advised that the trial could take between 6-8 weeks (although everyone is hopeful it will move more quickly).  Judge Seybert, however, has indicated that we will not have Court on Fridays.  Adjourning the conference also will allow me time to address the issues presented with Mr. Epps.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

John F. Kaley

Application granted.  Conference adjourned to
February 28, 2020 at 3:00 p.m.

**SO ORDERED:**

WILLIAM H. PAULEY III
U.S.D.J.

February 10, 2020